**From:** Emily Taylor <emilytaylor@joplinlawyers.com>
**Sent:** Friday, February 21, 2025 8:58:55 AM
**To:** 'June Abrams' <abramsipa@outlook.com>; 'Daniel Erwin' <daniel.phillip.erwin@gmail.com>
**Cc:** 'isabella Zepeda' <izepeda@joplinlawyers.com>
**Subject:** Magd twins visit today

Dear June and Daniel,

The current order (see attached, specifically the highlighted portion on page 3) states that the visitation order expires February 5, 2025. Thus, any further supervised visitation until further Court order would have to be by agreement. At this time, Sophia does not agree to continue with the in home visitations. She would agree to keep the visitations going and to have the visitation today at 10:00 a.m., so long as it occurs at your office with the two supervisors and Mr. Aboul-Magd pays the cost of the supervision. If this new arrangement is agreeable, please let me know. Sophia is planning to be at your office at 10 am. If this new arrangement does not work due to it being last minute, Sophia is willing to make up the visitation in the coming weeks. However, all visitations must be with Father and the children and no third parties and must be at your office for Mother to agree without further Court order.

If Mr. Aboul-Magd reacts poorly to this news, please let me know, because the top priority is safety here and I don't want to put the babies or anyone involved in a position to be harmed. I know emotions might be heightened today. However, I think this safety precaution is necessary.

Please advise if this is acceptable as Sophia will not be presenting to the Minnesota house for any visitation today.

Kind Regards,

## Emily A. Taylor

BUCHANAN, WILLIAMS & O'BRIEN P.C.
1105 E. 32nd Street, Suite 5
Joplin, MO 64804
Telephone: 417-781-8280
Fax: 417-781-9706
E-Mail: emilytaylor@joplinlawyers.com

recipient of this communication.

---

**From:** June Abrams <abramsipa@outlook.com>
**Sent:** Friday, February 21, 2025 9:10 AM
**To:** Emily Taylor <emilytaylor@joplinlawyers.com>; 'Daniel Erwin' <daniel.phillip.erwin@gmail.com>
**Cc:** 'isabella Zepeda' <izepeda@joplinlawyers.com>
**Subject:** Re: magd twins visit today

Do you want to keep the 4hrs?

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** June Abrams <abramsipa@outlook.com>
**Sent:** Friday, February 21, 2025 9:02:59 AM
**To:** Emily Taylor <emilytaylor@joplinlawyers.com>; 'Daniel Erwin' <daniel.phillip.erwin@gmail.com>
**Cc:** 'isabella Zepeda' <izepeda@joplinlawyers.com>
**Subject:** Re: magd twins visit today

We agree. I can inform Mr. Magd Aboul unless Daniel would like to.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Emily Taylor <emilytaylor@joplinlawyers.com>
**Sent:** Friday, February 21, 2025 9:30 AM
**To:** 'June Abrams' <abramsipa@outlook.com>; 'Daniel Erwin' <daniel.phillip.erwin@gmail.com>
**Cc:** 'isabella Zepeda' <izepeda@joplinlawyers.com>
**Subject:** RE: magd twins visit today

4 hours is okay if he wants to pay for it and if he responds without aggression.

Thanks!

## Emily A. Taylor

BUCHANAN, WILLIAMS & O'BRIEN P.C.
1105 E. 32nd Street, Suite 5