Exhibit B

## proposal attached    Inbox

**emilytaylor@joplinlawyers.com**
to me, Daniel

Fri, Feb 21, 4:52 PM (5 days ago)

Mr. Aboul-Magd:

I understand that you are not represented by an attorney in this matter at this time. If I am incorrect, please do not reply, instead, have your attorney reach out to me. I am writing to you on behalf of my client, Sophia Abdul-Hamid, with a temporary offer. After review of your most recent filings this afternoon, it appears that you are suggesting that there are no temporary orders whatsoever and that you reference a "default to standard parental rights". As there are no standard parental rights, your position concerning the current orders not being applicable whatsoever (a position I respectfully disagree with) leaves both parties without direction. Sophia is willing to continue with the 4 hours of supervised visitation twice per week at the Reaching Heart's office. This is inline with the supervisor and the GAL's current recommendations. Sophia is willing to sign the attached stipulated order which would require her to continue said visitations and limits her travel until the next hearing. If you desire to enter this agreement, the visitations can continue with the planned visitation scheduled this coming Monday and there will have been no interruption to your time. I would simply need the attached order signed by you before a notary. I would need you to then return the order to me signed and notarized via email or by mailing it to my office.

Of course, both parties can address any changes they desire with the Court at the next hearing, however, this order would bridge the gap for both parties until then.

I await your response.

### Emily A. Taylor

BUCHANAN, WILLIAMS & O'BRIEN P.C.
1105 E. 32nd Street, Suite 5
Joplin, MO 64804
Telephone: 417-781-8280
Fax: 417-781-9706
E-Mail: emilytaylor@joplinlawyers.com