
Text Message • SMS
Today 9:11 AM

I was informed the visit will occur at the office.

Text Message • RCS

What time?

Who informed you of that?

10, we can adjust to 1030 if you need time to get things together for the visit.

Emily sent an email regarding the court order for visits has expired.

Ok 10:30 will be better due to the last minute change, thank you

Ok i will let everyone know

Did Emily say not to have the visits at my house or she just sent you regarding court for visits has expired?

Delivered

She stated it has expired, and is now based on agreement. That's all I know