
Exhibit D

# IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI

**Case No.:** 24AP-FC00260

**Exhibit D – Certified Transcript of Guardian ad Litem Recording**

**Date of Recording:** February 13, 2025

**Participants:** Sherif Aboul-Magd (Respondent), Guardian ad Litem Daniel Erwin, Attorney Tracey Martin

**TRANSCRIPT BEGINS:**

**GAL Erwin:** I know that you may not agree with that, but I'm not the type of person that needs to have your agreement. Unfortunately, that's just where I'm at. That's probably where the judge is too.

**Attorney Martin:** Well, you're the GAL, yeah. His agreement, I mean, but I do want to point out a couple of things. One is that they make such a big deal about his parents not being allowed at his visits, saying he needed to prove he could parent alone. But when does **she** have to prove that? Her mom lives with her. She gets help all the time.

**GAL Erwin:** [Affirmative]

**Attorney Martin:** And yet they're opposed to his parents being at his visits? **His dad has been fighting cancer, and these kids are 11 months old. He's barely seen them.**

**GAL Erwin:** [Affirmative] No, I agree. Last time June reached out, I sent her an email saying, "Yeah, I'll go ahead and allow his parents there." I supervised his parents, and everything was appropriate when I did. So I have no problem with that.

**Attorney Martin:** Okay, so I can tell June his parents can attend?

**Sherif:** Excuse me, so are you talking about keeping me on supervised visits?

**GAL Erwin:** Well, until the discovery? Yeah.

**Sherif:** Okay, but the discovery is a procedural issue. I'm not trying to argue, I just want to understand. How does a **procedural** issue justify keeping me on supervised visits? I've had **50 or 60 visits now**, and I'm paying **$1,600 a month** to see my kids. I **voluntarily** completed **anger management** and a **co-parenting class**, so how is a procedural issue stopping me?

**Attorney Martin:** That doesn't stop you. You're still seeing them, supervised.

**Sherif:** Yeah, but keeping me **on** supervised visits doesn't make sense.

**GAL Erwin:** [Affirmative]

**Sherif:** I don't understand, why does the GAL even care about discovery? You're supposed to represent the kids.

**GAL Erwin:** Well, because if you comply with court orders

**Sherif:** I **am** complying with court orders.

**GAL Erwin:** You are not complying with court orders.

**Sherif:** If I wasn't, the court would punish me, right?

**GAL Erwin: And you're getting punished by me!**

**Sherif:** Wait, why are **YOU** punishing me? Just because I want my kids?

**GAL Erwin: Because I can.**

**Sherif:** That, what? That sounds crazy. You're saying, "Because I can?"

**GAL Erwin: Your opinion means very little to me, Sherif. It doesn't matter.**

**Sherif:** Why? Why does my opinion not matter? I'm their **father**. You're in the middle of my divorce, and you're telling me I can't have my kids, every time, you move the goalpost.

**Attorney Martin:** Hey, quit yelling.

**Sherif:** No one's yelling. You're telling a father he can't have his kids, a father who shows up nonstop for his kids.

**GAL Erwin: You're not helping your case right now.**

**Sherif:** How is that?

**GAL Erwin:** You're digging yourself deeper in the hole.

**Sherif:** What does that even mean? **So fathers who fight for their kids get punished?**

**GAL Erwin:** The fact that you can't control yourself during a phone call

**Sherif:** I am controlled. What happens is you exaggerate something small and ignore all my progress.

**GAL Erwin:** Listen, Sherif. This is not productive for you. So either **you end this call, or I will.** So which is it? **Do you want to shut up?!**

**Sherif:** No, no, wait. No. **I'm paying for all of this. I'm paying for all of this**, you **all** need to be listening to me.

**GAL Erwin:** I **really don't care what you have to say.**

**Sherif:** That doesn't make sense, the Guardian ad Litem doesn't care what the father has to say?

**GAL Erwin: Irrelevant.**

**Sherif:** How is it irrelevant? **You can't even explain why I can't have my kids.**

**GAL Erwin:** you're not complying with court orders

**Sherif:** That doesn't make sense, That's not your job.

**GAL Erwin: Then you have credibility. But you have zero credibility right now.**

**Sherif:** How? How do I have zero credibility? I've spent **11 months** building credibility. **So tell me how I don't have credibility?**

**GAL Erwin: I don't have to!**

**Sherif:** Because you **don't have an answer.** You just want to make this more complicated.

**GAL Erwin:** You keep talking over me, Sherif.

**Sherif:** No, no, I'll shut up. Go ahead. Explain it.

**GAL Erwin: No, you won't. You haven't shut up this entire conversation.**

**Sherif:** Go ahead. **Clarify it.**

**GAL Erwin: You're done! You'll stay on supervised visits until the next court hearing. Worry about April or May!**

**Sherif:** Fine. I'll be patient. I'll eat it. I'll swallow all of it.

## CERTIFICATION STATEMENT

I, **Sherif Aboul-Magd,** certify under penalty of perjury under the laws of the State of Missouri that the attached transcript is a true, accurate, and unaltered representation of the audio recording submitted as Exhibit B in Case No. 24AP-FC00260.

Signed: _____

Date: _____