Exhibit E

# Visitation  Inbox ×

**Lauren Rowden** <lauren@traceymartinlaw.com>  Wed, Feb 5, 2:55 PM
to me, Tracey, Tammy

Sherif,

I was able to touch base with Daniel Erwin, the Guardian ad Litem, regarding the question of whether his recommendation is to move to unsupervised visitaiton at this time.

Mr. Erwin would like to be able to move to unsupervised visitaiton eventually, however that transition is not his recommendation at this time. He is concerned, in part, due to your lack of compliance with the Order entered by the Court on December 18, 2024, specifically the order for temporary child support and the fee owed to Ms. Taylor. There appears to be a lack of trust on behalf of the Guardian ad Litem, and that trust is critical. He needs to believe that you have respect for the Court and its orders to believe you will follow any guidelines the Court puts in place regarding the children.

I have attached that order here, however as a reminder, you are to be paying child support in the amount of $1,000.00 per month through the Family Support Center. The first payment was due December 15, and then a payment is due on the 15th of each month. So, you should have paid for December 15 and January 15 already, with the February 15 payment quickly approaching.

As for the payment owed to Ms. Taylor, we discussed that on the phone last week. That payment should be made via check or money order in the amount of $750.00. That needs to be paid immediately.

Further, your discovery answers were due to Ms. Taylor by January 15. I have cc'd Tammy, our discovery paralegal, to this email. You need to get your discovery materials and answers to her ASAP, as you are currently looking at facing further sanctions due to the status of your discovery.

I understand that you would like to move forward with unsupervised visits and that multiple issues occured in this case prior to Tracey taking this case over, however it is impossible to move a case forward or provide representation without compliance with court orders and cooperation. Please move these issues to the top of your priority list, as there is little doubt in my mind that you will see any forward progress in this matter until you do.

Study this order and stick to every word!

--

Lauren Rowden
Associate Attorney
Martin Law Office, P.C.
2024 S. Maiden Lane, Suite 102
Joplin, Missouri 64804
(417) 782-5900