**tracey@traceymartinlaw.com**
to me, Jessica, virginia

Thu, Jan 9, 2:00 PM

I spoke with June today about your visits. She reports the twins are very relaxed and are comfortable with you. She is not observing any safety issues with you and the boys. She said that she has asked that you purchase your own formula and baby food for your home going forward beginning next week. She says you are following her instructions and picking up on things that the supervisors do with the boys. That is all very promising for us to get to unsupervised. She says at this time she is not seeing anything that will prevent you from moving forward to unsupervised visits.

The only thing I heard that I would caution you about in the future is going out the door at drop off or pick up. We agreed you would remain in the home and the supervisors are to get the boys from Sophia and bring them into you and then take them back out to her at the conclusion of the visits. They have instructed her to park where you are unable to make any eye contact with her. Please let them come in and out without you in view of the door. Sophia's attorney will use absolutely anything negative to try to keep you at supervised only. So, please be cautious that you stay inside and outside of Sophia's view to avoid any information being misconstrued.

June also talked about allowing your parents to be at visits with you. She believes we are ready to allow that as you have shown the ability to care for and bond with the children on your own. I will be making a request of the GAL for a recommendation that they can attend one visit per week with you. June thinks your mom is outstanding with the boys, and she has no concerns. She even suggested that maybe your mom can do the exchanges when we move to unsupervised to prevent contact between you and Sophia.

So, things are going well! I also hear you may be purchasing a rocking chair, as the boys when tired liked being rocked in their car seats, but not so much the office chair. LOL! Rocking chairs are almost a necessity with babies, they all seem to love to rock when sleepy.

These are all positive steps in the right direction to get where we would like to be by February 5. Daniel is out of the office today, but I will be touching base with him about your parents being able to attend visits tomorrow. I know he supervised a visit with your parents and the boys, and his report of that visit was glowing! I suspect he will agree. I will keep you posted on his response.



Exhibit F