*Exhibit G*

IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI

Case No.: 24AP-FC00260

**Exhibit G** – **Certified Transcript** of Conversation with Attorney Tracey Martin

**Date of Recording:** February 13, 2025

**Participants**: Sherif Aboul-Magd (Respondent), Attorney Tracey Martin

**Sherif:**

I show up to all my kids' visits, I'm up to almost **50 or 60 supervised** visits now. I'm paying everything I can. The other side is just trying to **out-money me**.

Are you there?

**Tracey Martin:**

Yeah, I'm here.

**Sherif:**

The other side is trying to **out-money me**. I'm **closing a restaurant. I'm losing everything.** And I have strangers coming to my house **just to watch me hang out with my kids.**

And **I can't have my own mom at visits,** but she can have her **whole family there**. She can go to **Canada, do anything she wants,** but I get punished.

**Sherif:**

And I'm getting my ass kicked just because, just because of me.

**Tracey Martin:**

**Because she recorded you and took all that to Emily Taylor. Then they took it to a prosecutor and got charges filed.**

**Sherif:**

Okay, but **I have my side too.** And no one has heard my side, **not even once.**

**Tracey Martin:**

That's correct. **And that's how criminal law works.**

**Sherif:**

Well, we're not talking about criminal law. I'm talking about, you know my side and you know this isn't right.

## CERTIFICATION STATEMENT

I, Sherif Aboul-Magd, certify under penalty of perjury under the laws of the State of Missouri that the attached transcript is a true, accurate, and unaltered representation of the audio recording submitted as Exhibit A-1 in Case No. 24AP-FC00260.

Signed: _____

Date: _____