Exhibit I

IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI

Case No.: 24AP-FC00260

Exhibit I – Certified Transcript of Conversation with Attorney Tracey Martin

Date of Recording: February 21, 2025

Participants: Sherif Aboul-Magd (Respondent), Attorney Tracey Martin

Transcript Begins:

**Tracey Martin:**

And that's how most people feel in a family law case. But the truth is, you got charged.

**Sherif:**

Criminally. **I got charged criminally as a strategy.**

**Tracey Martin:**

**I don't disagree. It was some strategy.**

**Sherif:**

Yes, but you

**Tracey Martin:**

Told me that your wife didn't even know she was being abused until she showed Emily the recordings.

**Sherif:**

And Emily convinced her she was being abused.

**Tracey Martin:**

I didn't say it worked, because my thought was, then why was she recording it if she thought everything was fine?

**CERTIFICATION STATEMENT**

I, Sherif Aboul-Magd, certify under penalty of perjury under the laws of the State of Missouri that the attached transcript is a true, accurate, and unaltered representation of the audio recording submitted as Exhibit A-2 in Case No. 24AP-FC00260.

Signed: _____

Date: _____