JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sherif Ahmed Aboul-Magd

**DEFENDANTS:** Judge Luke Boyer, Emily A. Taylor, Daniel Erwin, Theresa Kenny, Buchanan law firm llc

(b) County of Residence of First Listed Plaintiff: Jasper
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Jasper
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
417-459-5377
Pro Se, 138 Park Central Sq. #312, Springfield, MO 65806

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights
[X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Civil rights violations, 18 USC §1962 RICO Racketeering, 42 USC §1983

Brief description of cause: Civil rights violations, judicial misconduct, racketeering, fraudulent custody modifications, financial extortion, family court

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## SIGNATURE OF ATTORNEY OF RECORD
SAM (Pro Se Litigant)

Case 3:25-cv-05015-BCW  Document 1-10  Filed 03/11/25  Page 1 of 1