# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI



# NOTICE OF SUBMISSION OF EMERGENCY TRO RECORD AND SUPPORTING EXHIBITS

**Plaintiff: Sherif Ahmed Aboul-Magd**

**Case No.: 3:25-cv-05015-BCW**

**Presiding Judge: Hon. Brian C. Wimes**

**Date of Submission: May 12, 2025** (SAM)

**Contact:**

**138 Park Central Square, Suite #312**

**Springfield, MO 65806**

**saa898@gmail.com | (417) 459-5377**

## The following documents are being submitted today for filing:

**Main Motion & Core Documents**

- Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 17)
- Sworn Declaration of Sherif Ahmed Aboul-Magd (Exhibit K-17)
- Proposed Temporary Restraining Order (Exhibit K-20)

**Supplemental Filings in Support of TRO**

- Supplemental Notice (Doc. 18)
- Consolidated TRO Record and Final Supplement (Doc. 19)
- Motion to Expedite Ruling on TRO (Doc. 21)
- Motion to Stay June 2, 2025 Criminal Hearing (Doc. 22)
- Notice of Escalated Risk of Retaliatory Harm
- Notice of Readiness for Ruling on Docs 7 and 11

### Exhibits

- Exhibits K-8 through K-23 (including criminal filings, audio transcript, Strike Statement, and Federal Linkage Timeline)

### Exhibit Index

- Exhibit Index filed in support of Docs 17, 22, and K-Series Exhibits

### Sealed Exhibit

- Doc. 16 – Sealed Audio/Video Evidence (submitted separately in sealed envelope/drive)

---

**Purpose: These filings complete the full evidentiary and procedural record in support of Plaintiff's Emergency Motion for TRO, request for protective relief, and civil rights claims under 42 U.S.C. §§ 1983 and 1985.**

---

Respectfully submitted,

*[signature]*

Sherif Ahmed Aboul-Majd

Pro Se Plaintiff