# EXHIBIT INDEX

In Support of Plaintiff's Emergency TRO (Doc. 17), Motion to Stay Criminal Hearing (Doc. 22), and Declaration (Exhibit K-17)

## I. Core Filings and Judicial Evidence

- **Exhibit K-8** – Transcript of May 6, 2025 Family Court Hearing
- **Exhibit K-14b** – May 8, 2025 Temporary Order for Visitation (entered after TRO was filed)
- **Exhibit K-14c** – Email from Emily Taylor requesting pre-signature of proposed judgment (May 8, 2025)
- **Exhibit K-17** – Sworn Declaration of Sherif Ahmed Aboul-Magd (May 12, 2025)
- **Exhibit K-20** – Proposed TRO Order (Filed May 12, 2025)
- **Exhibit K-22** – Strike Statement Prepared for May 6 Hearing (Filed May 12, 2025)

## II. Felony Criminal Case – October 22, 2024 Arrest

**Case No. 24AO-CR00970-01**

- **Exhibit K-15** – Arrest Warrant (Filed October 22, 2024)
- **Exhibit K-15b** – Probable Cause Statement (Filed October 22, 2024)
- **Exhibit K-15c** – Criminal Information (Filed January 7, 2025)
- **Exhibit K-15d** – Amended Criminal Complaint (Filed November 22, 2024)
- **Exhibit K-15e** – Bond Conditions and Criminal Summons Documents

## III. Misdemeanor Criminal Case – June 2, 2025 Hearing

**Case No. 25AO-CR00345**

- **Exhibit K-15f** – Probable Cause Statement for December 15, 2024 Message (Filed April 21, 2025)
- **Exhibit K-15g** – Summons Signed by Disqualified Judge Nicole Carlton (Filed April 22, 2025)
- **Exhibit K-15h** – May 7, 2025 Notice of Hearing Setting June 2 Arraignment at 1:30 PM
- **Exhibit K-15i** – Case.net Docket Entry Showing Post-Recusal Reassignment and Hearing Coordination

## IV. Key Retaliation Evidence

- **Exhibit K-17a** – December 15, 2024 Parenting Message (Basis of April 21 Misdemeanor Charge)
- **Exhibit K-18** – Screenshot/Transcript of December 15, 2024 Parenting Message
- **Exhibit K-23** – Federal Linkage Timeline Filed in State Court (April 25, 2025)

## V. Sealed Materials

- **Doc. 16** – Sealed Audio/Video Submission Confirming GAL Retaliation and Procedural Coercion (Filed May 8, 2025; referenced in Docs 17 and 19)

## VI. Federal Procedural Timeline and Emergency Context

- **Doc. 17** – Emergency Motion for Temporary Restraining Order and Preliminary Injunction
- **Doc. 18** – Supplemental Notice with Exhibits
- **Doc. 19** – Notice of Consolidated TRO Record and Final Supplement
- **Doc. 21** – Motion to Expedite TRO Ruling
- **Doc. 22** – Motion to Stay June 2, 2025 Criminal Hearing
- **Rule 16 Scheduling Notice** – Issued April 22, 2025, setting June 10, 2025 Scheduling Conference

**Summary:**

**This Exhibit Index documents the timeline of retaliatory actions, confirms the overlap of civil and criminal proceedings, and supports Plaintiff's request for immediate federal relief to prevent further constitutional injury.**