**Plaintiff-Created Transcript Excerpts**

**May 6, 2025 Hearing – Jasper County Circuit Court**

**Case No. 24AP-FC00260**

**Prepared by Plaintiff Sherif Ahmed Aboul-Magd from Courtroom Video**

**Video available under seal for in-camera review upon request.**

## Judicial Findings and Statements – Made Without Motion, Hearing, or Conviction

**Judge Selby:**

- "You didn't go to law school. I'm teaching you now."
- "You're a thug and a bully."
- "I find that you did strangle her."
- "I find that you make multiple threats of murder."
- "I find you to be physically harmful."
- "You put yourself here. No one else."
- "You need a hard judge because you like to run roughshod over everybody."
- "To present evidence, you must be under oath."
- "You are a safety concern until a therapist says otherwise."
- "You will allow law enforcement to walk through your home if you want visitation there."

## GAL Testimony Under Oath – Cross-Examination

**Sherif (Cross):**

"On February 13th, did you say to me, 'You're being punished by me... because I can'?"
GAL Erwin:
"I don't recall... If I did, it was..."

Sherif:

"Have you seen any report from a supervisor that says I'm dangerous to my children?"
GAL Erwin:
"No."

**Sherif:**

"Have you ever filed a motion to limit my time based on supervisor concern?"
Judge Selby:
"He's not required to."

### Suppression of Plaintiff's Right to Present Evidence

**Sherif:**

"I feel like I didn't get to present anything today."
Judge Selby:
"In your world, it's all about you."
"You're not in control. I am."
"If you keep this up, I'll strike your pleadings."
"I've shown you a lot of patience. I'm not going to tolerate any more."

### Parenting Restrictions and Conditions Issued Mid-Hearing

**Judge Selby:**

- "You're going to see a therapist. That therapist will tell me if you're safe."
- "Once I have that letter, you can have unsupervised visitation."
- "You are a safety concern until proven otherwise."
- "You will not have weapons. Your father will take possession of them."
- "If you want visits at home, mom can ask law enforcement to walk through your home."

### Courtroom Record Confirms:

- No supervisor report stated Plaintiff was dangerous.
- Plaintiff was actively exercising home-based visits with no incident.
- Parenting time was revoked by email without a court order.
- The GAL gave no recommendation based on danger, yet supervised visits were extended.

- The judge imposed protection orders, evaluations, and access restrictions based entirely on statements made during this hearing.

## Conclusion:

**These transcript excerpts confirm that the May 6, 2025 orders were issued:**

- Without motion or trial,
- Without evidence of danger to children,
- Without findings supported by supervisor reports,
- And in the presence of named federal defendants who remained silent.

**Submitted under Rule 65, Fed. R. Civ. P., and in support of constitutional relief.**