

# Proposed Judgment Attached CASE NO: 24AP-FC00260 - SOPHIA ABDUL-HAMID V SHERIF A ABOUL-MAGD

**Emily Taylor** &lt;emilytaylor@joplinlawyers.com&gt;                    Thu, May 8 at 4:36 PM
To: &lt;saa898@gmail.com&gt;, Daniel Erwin &lt;daniel.phillip.erwin@gmail.com&gt;
Cc: isabella Zepeda &lt;izepeda@joplinlawyers.com&gt;

Mr. Aboul-Magd:

Per the Court's instruction, I have attached the proposed order for your "approved as to form" signature. If you sign it, please either email me the signed copy or mail it to my office. My mailing address is in my signature block below. Once I receive the copy signed by you, I will forward to Mr. Erwin for his signature.

Emily A. Taylor

BUCHANAN, WILLIAMS & O'BRIEN P.C.

1105 E. 32nd Street, Suite 5

Joplin, MO 64804

Telephone: 417-781-8280

Fax: 417-781-9706

E-Mail: emilytaylor@joplinlawyers.com

This message, including attachments, is from the law firm of Buchanan, Williams & O'Brien P.C. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 417-781-8280. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

PLEASE NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copies and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to received communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 Disclosure: To comply with U.S. Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and may not be used, for the purpose of (i) avoiding penalties that the IRS might attempt to impose on a taxpayer, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter. There is no limitation by this Firm on the disclosure of the tax treatment or tax structure of any transaction, arrangement, or matter discussed herein by the intended recipient of this communication.

FINAL Temporary Order 5.8.2025.pdf