Exhibit K-15



# Warrant for Arrest

IN THE 29TH JUDICIAL CIRCUIT, JASPER COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH LEE HENSLEY | Case Number: 24AO-CR00970 | |
|---|---|---|
| Defendant's Name/Alias(es)/Address:<br>SHERIF AHMED ABOUL-MAGD<br>Alias:<br><br>2719 NORTH MINNESOTA AVENUE<br>JOPLIN, MO  64801 | Court ORI Number: MO049053J | |
| | Investigating Agency ORI: MO0490700 | |
| | Warrant Number: 24-AOARW-855 | (Date File Stamp for Return) |
| | MSHP Number: | |
| | Arrest Report Number: | |
| | Offense Cycle No. (OCN): | |

**To Any Peace Officer in the State of Missouri:**

The court having found probable cause that an offense has been committed commands you to arrest the above-named defendant who is charged with:

| Charge Code/Description | Charge Level | Offense Date |
|---|---|---|
| 565.073-003Y20201303.0   Domestic Assault - 2nd Degree | Felony D | 15-MAR-2023 |
| | Felony D | 09-AUG-2023 |
| 565.073-003Y20201303.0   Domestic Assault - 2nd Degree | Felony D | 02-JAN-2024 |
| | Felony E | 29-FEB-2024 |
| 565.073-003Y20201303.0   Domestic Assault - 2nd Degree | | |
| 571.030-010Y20205212.0   Unlawful Use Of Weapon - Subsection 4 - Exhibiting | | |

alleged to have been committed within the jurisdiction of this court and in violation of the laws of the state of Missouri. You are further commanded to bring Defendant before this court forthwith, in person, or by interactive video technology.

☑ The court further finds reasonable grounds to believe Defendant

    ☑ will not appear on summons;

    ☑ is a danger to the crime victim, the community or another person.

The court bases its findings upon the individual circumstances of Defendant and the case.

    ☐ Based on the available information, pursuant to Rules 22.04(a) & (d) and 33.01(e) the court considered the factors and information set forth in the **Warrant Attachment**.

Pursuant to Rule 33.01(b), Defendant's release shall be upon the conditions that:

(1) Defendant will appear in the court in which the case is prosecuted or appealed, from time to time as required to answer the criminal charge;

(2) Defendant will submit to the orders, judgment and sentence, and process of the court having jurisdiction over the defendant;

(3) Defendant shall not commit any new offenses and shall not tamper with any victim or witness in the case, nor have any person do so on the defendant's behalf; and

(4) Defendant will comply fully with any and all conditions imposed by the court in granting release.

☐ **ADDITIONAL NON-MONETARY CONDITIONS:** Additional conditions of release pursuant to Rule 33.01(c) are set forth in the **Warrant Attachment**.

☑ **MONETARY BOND:** The court has determined that non-monetary conditions alone are not sufficient to ☑ secure Defendant's appearance and/or ☑ secure the safety of the community or others and sets a monetary bond in the amount of **$10,000 surety or $2,500 cash** with the following conditions:
☐ Cash Only (no surety) ☐ 10% Authorized ☐ 10% NOT Authorized.

☐ **NO BOND: Pursuant to Rule 33.01(d), the court orders Defendant be detained pending trial and NO BOND is allowed.** The court finds based upon *clear and convincing evidence* that no combination of non-monetary and monetary conditions will secure the safety of the community.

**Further Information: NO CONTACT WITH THE ALLEGED VICTIM, DIRECT OR INDIRECT, THROUGH ANY MANNER OR MEDIUM. DEFENDANT MUST SURRENDER ALL WEAPONS TO THE JASPER COUNTY SHERIFFS DEPT. DEFENDANT MAY NOT POSSESS OR PURCHASE FIREARMS ON BOND. NOTIFY ATF.**

If Defendant is charged with any of the following and is a concealed carry permit holder, Defendant shall surrender his/her permit to the serving officer to be forwarded with the return of this warrant to the court.
1. Any felony;
2. Any misdemeanor involving explosive weapons, firearms, firearm silencer or gas guns;
3. Any misdemeanor offense involving a crime of violence;
4. Any misdemeanor offense involving possession or abuse of a controlled substance, or prior or persistent DWI alcohol or drugs; or
5. A fugitive from justice or charged by information or indictment in any other state of any similar offense described in the above paragraphs 1-4.

The officer serving this warrant shall execute in writing a return on this warrant to this court.

**COURT SEAL OF**

10/22/2024 _____
Date                 Judge

By KB _____
           Clerk

**JASPER COUNTY**

## Officer's Return

I certify that I served this warrant in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time), by arresting the above-named defendant and bringing him/her before the court on _____ (date).

**Offense Cycle Number (OCN) if not indicated above** _____

☐ Defendant's permit surrendered for concealed carry suspension and is attached.

**Sheriff's Fees**

Fees $ __N/A__
Mileage $ _____ (_____ miles @ $. _____ per mile)
Total $ _____

_____
Served By

_____          _____
Title                                                                                          Agency ORI