Exhibit 12-15b   24AO-CR00970



## STATEMENT OF PROBABLE CAUSE

STATE OF MISSOURI
COUNTY OF Jasper

Date: 10-08-2024_____ (today's date)

I, <u>Wesley Massey</u>, knowing that **false statements on this form are punishable by law**, state that the facts contained herein are true.

1. I have probable cause to believe that, on 02-29-2024_____ (offense date) at City of Joplin, Jasper County MO (offense location), Sherif Ahmed Aboul-Magd_____, (suspect name) a white male, (suspect description) committed one or more criminal offense(s) of : Domestic assault in the second degree X4 (565.073)_____, (State name of offense and statute number)

Name: Sherif Ahmed Aboul-Magd_____

Arrested: Not in Custody, ; (Arrest date and time or NOT IN CUSTODY)

2. The facts supporting this belief are as follows:

On 02-29-2024, and multiple other dates, Sherif Ahmed Aboul-Magd committed the offense of domestic assault in the second degree within the city limits of Joplin, Jasper County MO.
On 09-05-2024, the female victim, spouse to Sherif, reported multiple domestic assault incidents that were well documented with photographs, audio and video recordings. The female victim reported the following.
Between March and April of 2023, Sherif strangled her to the point she could not breath and began to pass out after an argument about him being faithful in the marriage.
August 9th, 2023, Sherif strangled her again to the point she could not breath during an argument a day after she disclosed, she was pregnant with his children. The argument was regarding financial strain to come due to her having children.
January 2nd, 2024, the victim reported that Sherif threw several items at her and strangled her to the point she could not breath. The victim had left 2 days prior to this event so at this time, Sherif took her keys and phone to prevent her from leaving.
February 29th, 2024, Sherif requested the victim retrieve his handgun. Sherif began arguing with the victim who told him to calm down. This offended Sherif who then unholstered the handgun to threaten the victim.
The victim documented several other domestic assault offenses. The victim states she was finally able to escape the relationship and is now reporting the offenses and wishes to aid in prosecution.

3. **MISDEMEANORS AND FELONIES:** (If seeking a warrant) I am requesting issuance of an arrest warrant based on the following:

☐ I believe that the defendant will not appear in court in response to a criminal summons because: (State specific facts supporting your belief)

☒X I believe that the defendant poses a danger to ☒X a crime victim / ☐ the community or to any other person because: Sherif has threatened to kill the victim on multiple occasions and has committed felony domestic assaults to the victim. The victim has since obtained an order of protection and on 2 occasions, Sherif has violated the order. (State specific facts supporting your belief)

Print Name: Wesley Massey  Signature: *W6M*

Agency Name: Joplin Police Department
Agency Case Number: JPD-24-07082
OCN: Not In Custody