IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
AT JOPLIN, DIVISION I

STATE OF MISSOURI )
             Plaintiff, )
                         )
v.                       )  Case No. 24AO-CR00970-01
                         )  OCN:
SHERIF AHMED ABOUL-MAGD  )  PA File #: 102028
                         )
             Defendant.  )

CHARGE CODE: 565.073-003Y20201303.
             565.073-003Y20201303.
             565.073-003Y20201303.
             571.030-010Y20205212.

## INFORMATION

State of Missouri )
                  ) ss
County of Jasper  )

### Count I

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or between March 1, 2023, and April 30, 2023 in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

### Count II

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about August 9, 2023, in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

### Count III

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about January 22, 2024, in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by

strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

Count IV

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about February 29, 2024, in the County of Jasper, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons a loaded handgun, a weapon readily capable of lethal use, in an angry or threatening manner.

Theresa Kenney
Prosecuting Attorney of the
County of Jasper, State of Missouri, by

Office of the Prosecuting Attorney

**See attached document for list of witness information**