IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
ASSOCIATE DIVISION IV, AT CARTHAGE

| | |
|---|---|
| STATE OF MISSOURI )<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>SHERIF ABOUL-MAGD )<br>)<br>　　　　Defendant. ) | Case No. 24AO-CR00970<br>OCN:<br>PA File #: 102028 |

AGENCY: Joplin Police Department
CHARGE CODE: 565.073-003Y20201303.
565.073-003Y20201303.
565.073-003Y20201303.
571.030-010Y20205212.

## AMENDED COMPLAINT

State of Missouri　）
　　　　　　　　　） ss
County of Jasper　）

### Count I

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or between March 1, 2023, and April 30, 2023 in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

### Count II

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about August 9, 2023, in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

### Count III

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 565.073, RSMo, committed the class D felony of domestic assault in the second degree, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about January 2, 2024, in the County of Jasper, State of Missouri, the defendant knowingly caused physical injury to Victim 1 by

strangling Victim 1, and Victim 1 and defendant were family or household members in that they were married.

## Count IV

The Prosecuting Attorney of the County of Jasper, State of Missouri, upon information and belief, charges that the defendant, in violation of Section 571.030, RSMo, committed the class E felony of unlawful use of a weapon, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about February 29, 2024, in the County of Jasper, State of Missouri, the defendant knowingly exhibited, in the presence of one or more persons a loaded handgun, a weapon readily capable of lethal use, in an angry or threatening manner.

The facts that form the basis for this information and belief are contained in the attached statement of facts, made a part hereof and submitted as a basis upon which this court may find the existence of probable cause.

Wherefore, the Prosecuting Attorney prays that a summons be issued as provided by law.

Theresa Kenney
Prosecuting Attorney of the
County of Jasper, State of Missouri, by

*Emily Randol*

Office of Prosecuting Attorney