Exhibit K-15e

# IN THE 29TH JUDICIAL CIRCUIT
## JASPER COUNTY, MISSOURI
### JASPER COUNTY - CARTHAGE
302 S. MAIN, CARTHAGE, MO 64836

Payor: SHERIF AHMED ABOUL-MAGD

Receipt Date: 25-Oct-2024
Receipt Number: 29AP252619
Date Printed: 25-Oct-2024
Time Printed: 09:44 AM

**RECEIPT**

Case Number: 24AO-CR00970 - ST V SHERIF AHMED ABOUL-MAGD

Balance Due prior to receipt: $0.00
Remaining Balance Due: $0.00
24APBND432 - Check Bond 4110: -$2,500.00

Total Payment(s): $2,500.00
Remaining Balance Due for Cases Listed Above: $0.00

Receipt Text: Retake of receipt 29AO429163 - case transferred to Carthage location

Note: Information shown on receipt is current as of date printed.

Case Information for Case(s) Listed Above:

Case Number: 24AO-CR00970 - ST V SHERIF AHMED ABOUL-MAGD
Bond Id: 24APBND432  Bond Description: Check Bond
Bond Amount on Deposit: $2,500.00
First Charge on Case: 565.073-003Y202013.0 - Domestic Assault - 2nd Degree
Party: ABOUL-MAGD SHERIF AHMED