

STATEMENT OF PROBABLE CAUSE

STATE OF MISSOURI
COUNTY OF Jasper

Date: 02/25/2024 (today's date)

I, Officer Roehrs, knowing that **false statements on this form are punishable by law**, state that the facts contained herein are true.

1. I have probable cause to believe that on 12/15/2024 (offense date) at unknown address (offense location), Aboul-Magd Sherif A, (suspect name) an *Indian* male, (suspect description) committed one or more criminal offense(s) of : Ex Parte Violation R.S.M.O 455.085 . (State name of offense and statute number)

Name: Sherif A. Aboul-Magd
D.O.B. - -
S.S.N. - -
Address:

Arrested: Not in custody, ; P.M. (Arrest date and time or NOT IN CUSTODY )

2. The facts supporting this belief are as follows:

On 02/24/2025 I, Officer Roehrs was given a report about an ex parte violation. The petitioner in the ex parte identified as Victim and the respondent identified as Sherif Abdoul-Magd, On December 15th 2024 at 4:16 PM Sherif sent a message to Victim the message states "Hi Victim, I wasn't sure which phone you're using right now, so I'm sending this here to make sure you get it. I know you're leaving today with Juvenile 1 and Juvenile 2, and I wanted to share what's been on my mind. The Juveniles are my whole world and knowing I wont see them for three weeks feels like an eternity. Every moment I've had with them, their laughter, their cuddles, and the way they light up when they see me, means so much to me. The thought of missing even more breaks my heart. I trust you'll take amazing care of them, and I know you'll make this trip special for them. But I do worry about their health while they are up there. In the past it felt like every trip we came back with colds, the flu, or some kind of virus, especially with so many people around. The Juveniles are still so little and so adorable that I know everyone will want to hold them and get close to their faces, I know it's hard to say no sometimes but keeping them from being passed around to much and giving them a little space will help protect their tiny immune systems. Please let me know if they're not feeling well, I'd do anything to help. If you're comfortable, I'd also love to get an update or a picture now and then. Just seeing their smiles would mean the world to me. Please give extra hugs and kisses from me every single day and let them know how much their dad loves them. I'll be counting down the days until I can hold them again. Safe travels, Victim. Take care, Sherif." I am charging Sherif for ex parte violation RSMO 455.085.

JasperCoPA, 06-2019

Nothing further at this time.
Officer Roehrs 704.

3. **MISDEMEANORS AND FELONIES:** (If seeking a warrant) I am requesting issuance of an arrest warrant based on the following:

☒ I believe that the defendant will not appear in court in response to a criminal summons because: Unable to get acurate address for suspect (State specific facts supporting your belief)

☒ I believe that the defendant poses a danger to ☒ a crime victim / ☒ the community or to any other person because: Mr. Aboul-Magd has a history of violation the protection order (State specific facts supporting your belief)

Print Name: H Roehrs 704  Signature: /s/ 704

Supervisor: _____  Signature: _____

Agency Name: Duenweg Police Department
Agency Case Number: 25-0046
OCN:

JnsperCoPA, 06-2019