

# Summons – Criminal Case    Exhibit K-15g

## IN THE 29TH JUDICIAL CIRCUIT, JASPER COUNTY, MISSOURI

| Judge or Division:<br>NICOLE MARIE CARLTON | Case Number: 25AO-CR00345 | (Date File Stamp |
| --- | --- | --- |
| | Offense Cycle Number (OCN): | for Return) |
| State of Missouri          vs. | Date/Time of Hearing:<br>**WEDNESDAY 07-MAY-2025**<br>**09:00 AM** | |
| Defendant Name/Address:<br><br>SHERIF AHMED ABOUL-MAGD<br>138 PARK CENTRAL SQUARE, APT.<br>SPRINGFIELD, MO 65806 | Location of Hearing:<br>**Courtroom F (2nd Floor) Joplin**<br>**633 S PEARL AVE** | |
| Alias: | **JOPLIN, MO 64801** | |
| Other Address(es) for Service: | | |

Because you have been charged in this court with the offense(s) listed below, you are summoned to appear at the above court to plead and answer to the charges.

You may appear ☒ in person at the location and time listed above ☐ by Interactive Video Technology at the time listed above. Information regarding the video appearance is attached to the summons if the video appearance has been scheduled. If you fail to appear, a warrant for your arrest may be issued.

| <u>Charge Code/Description</u> | <u>Charge Level</u> | <u>Offense Date</u> |
| --- | --- | --- |
| 455.085-002Y20205016.0 Violation Of Order Of Protection For Adult | Misdemeanor A | 15-DEC-2024 |

**COURT SEAL OF**

04/22/2025
Date

*Nicole M. Carlton*
Judge

By: *SB*
Clerk

**JASPER COUNTY**

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**
**Further Information:**

If you are convicted of a misdemeanor crime involving violence where you are or were a spouse, intimate partner, parent, or guardian of the victim or are or were involved in another, similar relationship with the victim, it may be unlawful for you to possess or purchase a firearm, including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. 922(g)(9). If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.

**Certificate of Mailing**

I certify that this Summons was mailed on 04/22/2025 by first class mail to the above-named defendant at the address listed above.

**COURT SEAL OF**

Kimberly Clinton - Circuit Clerk

_____04/22/2025_____  _____SB_____
Date                                                      Clerk

**JASPER COUNTY**

**Officer's or Server's Return**

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons to the defendant.

☐ leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons to: _____ (name) _____ (title) at _____ (address).

☐ other: _____.

Served in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

**Service Fees (if applicable)**

Fees      $ N/A
Mileage $_____ (_____ miles @ $._____ per mile)
Total     $_____

Officer or Server

By: _____
Deputy