

*Exhibit K-15h*

# IN THE 29TH JUDICIAL CIRCUIT, JASPER COUNTY, MISSOURI

| Judge or Division:<br>JOHN A NICHOLAS | Case Number: 25AO-CR00345 |
|---|---|
| State of Missouri<br>vs. | |
| Defendant Name/Address:<br><br>SHERIF AHMED ABOUL-MAGD<br>138 PARK CENTRAL SQUARE, APT.<br>SPRINGFIELD, MO 65806 | FILED<br>KIMBERLY CLINTON - CLERK<br>May 07 2025<br>JASPER COUNTY CIRCUIT COURT<br>(Date File Stamp) |

## Notice of New Court Date

**Notice to Defendant:** You have a new court date. This replaces your former court date. If you fail to appear for this hearing, a warrant for your arrest may be issued.

Date/Time of New Hearing: **02-JUN-2025 / 01:30 PM**

Location of Hearing:   DIVISION IV - CARTHAGE
302 S. MAIN
CARTHAGE, MO 64836

Clerk Phone Number: 417-358-0450

Clerk Email Address: jaspercountycriminal@courts.mo.gov

Further Information:

Charge(s):

| Charge Code/Description | Charge Level | Violation Date |
|---|---|---|
| 455.085-002Y20205016.0   Violation Of Order Of Protection For Adult | Misdemeanor A | 15-DEC-2024 |

TRACK YOUR CASE! See Case.net at www.courts.mo.gov.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.**

| 5/7/2025 | Kimberly Clinton, Interim Circuit Clerk<br>By: /s/ M. Barnard |
|---|---|
| Date | Clerk |