Exhibit K-15i

## Case.net:25AO-CR00345 - ST V SHERIF AHMED ABOUL-MAGD (E-CASE) - Docket Entries

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

### 05/07/2025

**Notice of Court Hearing Sent**
**Arraignment Scheduled**

  **Scheduled For:** 06/02/2025; 1:30 PM; JOHN A NICHOLAS; Jasper County - Carthage
**Judge Assigned**

### 05/06/2025

**Hearing/Trial Cancelled**

  **Associated Entries:** 04/22/2025 - Arraignment Scheduled
  **Scheduled For:** 05/07/2025; 9:00 AM; NICOLE MARIE CARLTON; Jasper County - Joplin
**Judge Recuses**
Court reviews Defendant's Motion to Disqualify. While the Court does not agree with Defendant's logic, Court takes no position on same and to avoid further complications, Court recuses, and case is transferred to Division IV per local rule. So Ordered. NMC

### 05/05/2025

Motion Filed
Motion to Dismiss for Procedural Abuse, Motion to Disqualify Judge, Entry of Appearance, Notice of Intent, Exhibit Index A-G filed. Forwarded to Judge for review
  **Filed By:** SHERIF AHMED ABOUL-MAGD

### 04/22/2025

**Criminal Summons Issued**
Document ID: 25-CRSU-155, for ABOUL-MAGD, SHERIF AHMED - mailed to defendant.
**Arraignment Scheduled**

  **Associated Entries:** 05/06/2025 - Hearing/Trial Cancelled
  **Scheduled For:** 05/07/2025; 9:00 AM; NICOLE MARIE CARLTON; Jasper County - Joplin

### 04/21/2025

**CRIFS/Unredacted Document**
**List of Witnesses**

  **Filed By:** EMILY ELIZABETH RANDOL
**Information Filed**

  **Filed By:** EMILY ELIZABETH RANDOL
**Probable Cause Statement Filed**

  **Filed By:** EMILY ELIZABETH RANDOL

**Motion Filed**
to Reinstate Unsupervised Visitation and Strike Illegal Suspension of Parenting Time
**Motion for Sanctions**
Contempt, and Removal due to Coordinated Custody Manipulation by Emily Taylor and GAL Daniel Erwin
    **Associated Entries: 05/07/2025 - Motion Denied** +
**Motion Filed**
to Remove Guardian AD Litem for Cause
    **Associated Entries: 05/07/2025 - Motion Denied** +
**Filing:**
Transition Packet
Correspondence Filed
Correspondence to Clerk; Electronic Filing Certificate of Service. Sent to Judge's clerk
    **Filed By:** EMILY TAYLOR
    **On Behalf Of:** SOPHIA ABDUL-HAMID
**Proposed Order Filed**
**Filing:**
Pictures

### 04/15/2025

**Judge/Clerk - Note**
A review of the log sheets indicate that there was 1 hours of recorded testimony. 1 x 50 pages per hour would give us an estimate of 50 pages. That times $3.50 per page would be a deposit amount of $175.00.
**Note to Clerk eFiling**

    **Filed By:** DANIEL P ERWIN
Correspondence Filed
Letter to Clerk with Corresponding Available Dates; Electronic Filing Certificate of Service.
    **Filed By:** DANIEL P ERWIN
    **On Behalf Of:** DANIEL P ERWIN
Request for Hearing
Petitioners Request for Motion Hearing; Electronic Filing Certificate of Service.
    **Filed By:** EMILY TAYLOR
    **On Behalf Of:** SOPHIA ABDUL-HAMID

### 04/09/2025

**Judge Assigned**

    **Filed By:** KEVIN LEE SELBY

### 04/08/2025

**Transfer Filed**
Judicial Transfer Request. Emailed this date.

### 04/04/2025

**Judge/Clerk - Note**
Division IV recuses. Per local rule, case transferred to Presiding Judge for reassignment. So ordered. John A. Nicholas, Judge.
**Judge/Clerk - Note**
Court is in receipt of Respondent's Motion to Disqualify. Motion is moot as Change of Judge has been granted. NMC.
**Hearing/Trial Cancelled**

    **Associated Entries: 04/04/2025 - Pre-trial Conference Scheduled**
    **Scheduled For:** 04/14/2025; 1:30 PM; NICOLE MARIE CARLTON; Jasper County - Joplin

### Order for Change of Judge
### Motion Granted/Sustained
Motion for Change of Judge granted. Case transferred to Division IV per local rule 6.1.7 and 29th Judicial Circuit Administrative Order of December 21st, 2023. So Ordered. NMC.
### Motion to Disqualify
Motion to Disqualify Judge Nicole M. Carlton for Cause
> **Filed By:** SHERIF AHMED ABOUL-MAGD

### Motion Filed
Motion for change of Judge Pursuant to rule 51.05
> **Filed By:** SHERIF AHMED ABOUL-MAGD

### Notice
Notice to court Regarding Judicial Reassignment
> **Filed By:** SHERIF AHMED ABOUL-MAGD

### Order
Court is in receipt of Petitioner's Motion for Hearing on three separate pleadings. Court sets both matters for pretrial conference on April 14, 2025 at 1:30 p.m. Counsel and parties to bring calendars for Motion hearing setting and any other minor preliminary matters. So Ordered. NMC
### Pre-trial Conference Scheduled

> **Associated Entries: 04/04/2025 - Hearing/Trial Cancelled**
> **Scheduled For:** 04/14/2025; 1:30 PM; NICOLE MARIE CARLTON; Jasper County - Joplin

**04/03/2025**

Request for Hearing
Request for Hearing; Electronic Filing Certificate of Service.
> **Filed By:** EMILY TAYLOR
> **On Behalf Of:** SOPHIA ABDUL-HAMID

**04/02/2025**

### Judge Recuses
DIV VI recuses. Case transferred to DIV V per local rule.
### Sound Recording Log Sheet
### Hearing Held
Petitioner appears in person with attorney Emily Taylor. Respondent appears in person pro-se. GAL Daniel Erwin appears. Hearing held. Division VI recuses. Case transferred to Division V per local rule. So ordered. Luke Boyer, Judge.
> **Associated Entries: 02/20/2025 - Hearing Scheduled** +
> **Scheduled For:** 04/02/2025; 9:00 AM; LUKE BOYER; 1; Jasper County - Carthage

### Judge Assigned
**03/28/2025**

### Exhibit Filed
Exhibits
> **Filed By:** SHERIF AHMED ABOUL-MAGD

### Motion Filed
Motion to Remove Guardian Ad Litem for Cause
> **Filed By:** SHERIF AHMED ABOUL-MAGD

### Notice
Notice of Intent to Present Motion to remove Guardian Ad Litem at April 2, 2025 hearing
> **Filed By:** SHERIF AHMED ABOUL-MAGD

**03/27/2025**

### Exhibit Filed

> **Filed By:** SHERIF AHMED ABOUL-MAGD