

**Sophia Abdul-Hamid**

DEC 15, 2024 AT 4:16 PM

Exhibit L-18

Hi Sophia,

I wasn't sure which phone you're using right now, so I'm sending this here to make sure you get it.

I know you're leaving today with Sami and Rami, and I wanted to share what's been on my mind. The boys are my whole world and knowing I won't see them for three weeks feels like an eternity. Every moment I've had with them, their laughter, their cuddles, and the way they light up when they see me, means so much to me. The thought of missing even more breaks my heart.

I trust you'll take amazing care of them, and I know you'll make this trip special for them. But I do worry about their health while they're up there. In the past, it felt like every trip we came back with colds, the flu, or some kind of virus, especially with so many people around. The boys are still so little and so adorable that I know everyone will want to hold them and get close to their faces. I know it's hard to say no sometimes but keeping them from being passed around too much and

being passed around too much and giving them a little space will help protect their tiny immune systems. Please let me know if they're not feeling well, I'd do anything to help.

If you're comfortable, I'd also love to get an update or a picture now and then. Just seeing their smiles would mean the world to me.

Please give them extra hugs and kisses from me every single day and let them know how much their dad loves them. I'll be counting down the days until I can hold them again.

Safe travels, Sophia.

Take care,
Sherif

