# EXHIBIT K-23

Federal Linkage Summary – Originally Filed as Exhibit Z-3 in Jasper County Case No. 24AP-FC00260

Submitted in Support of Docs 17 (Emergency TRO), 19 (Supplement), 22 (Motion to Stay), and Exhibit K-17 (Declaration)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

**Case No.: 3:25-cv-05015-BCW**

**Presiding Judge: Hon. Brian C. Wimes**

## Federal Case Information

- Case Title: Sherif Ahmed Aboul-Magd v. Daniel Erwin, Emily A. Taylor, and Buchanan, Williams & O'Brien, P.C.
- Court: U.S. District Court for the Western District of Missouri, Western Division
- Filed: March 11, 2025
- Amended Complaint Filed: April 1, 2025
- Key Federal Filings:
  - Opposition to Motion to Dismiss and Rule 12(e) – filed April 25, 2025
  - Declaration and Affidavit of Damages submitted
  - Scheduling Conference set for June 10, 2025 at 2:30 p.m.

## Linked Timeline of Events

| Event Date | State or Federal Event | Federal Relevance |
|---|---|---|
| April 2024 | GAL appointed without hearing or danger finding | Due process violation under § 1983 |
| October 2024 | Arrest in courtroom without finding of danger | Retaliatory escalation under color of law |
| February 13, 2025 | GAL: "You're being punished by me… because I can." | Direct quote supporting retaliation and abuse of authority |
| February 21, 2025 | Parenting time revoked by email without motion or order | Unlawful deprivation of rights without due process |

| March 2025 | Federal civil rights lawsuit initiated | Exhaustion of state remedies; federal jurisdiction triggered |
| April 2, 2025 | Federal lawsuit served in open court | State court recusal followed; judicial coordination confirmed |
| April 17, 2025 | Final settlement offer submitted to resolve both forums | Ignored by Defendants; supports claim of bad faith and coordinated retaliation |
| April 25, 2025 | Exhibit Z (including Z-3) filed in family court; federal oppositions submitted | Strategic retaliation timeline formally linked between state and federal proceedings |
| May 6, 2025 | Family court hearing held; Plaintiff denied opportunity to speak | Suppression of constitutional right to be heard; supports emergency TRO |
| May 8, 2025 | Family court order imposes psych eval and home search after TRO filed | Confirms post-filing retaliation; supports irreparable harm and TRO issuance |
| May 9, 2025 | Misdemeanor charge set for June 2 arraignment based on peaceful message | Second retaliatory prosecution filed post-federal service; Younger exception triggered |
| May 13, 2025 | Plaintiff files Strike Script and this Federal Linkage Summary in support of TRO | Certified federal record complete; all retaliation events now formally documented |

## Purpose of This Exhibit

**This summary is submitted to:**

- Document that Plaintiff's federal litigation was triggered by prolonged due process violations, parenting suppression, and retaliatory legal conduct under color of law;
- Confirm that Plaintiff sought good-faith resolution before pursuing federal relief;
- Provide this Court with a certified timeline of overlapping proceedings to assist in ruling on Plaintiff's Emergency TRO, Motion to Stay, and broader § 1983/1985 claims.

Respectfully submitted,

*/s/ Sherif Ahmed Aboul-Magd*

Sherif Ahmed Aboul-Magd

Pro Se Plaintiff

138 Park Central Square, Suite #312

Springfield, MO 65806

saa898@gmail.com

(417) 459-5377

Dated: May 12, 2025